
P8829988

| | |
|---|---|
| CUYAHOGA COUNTY, OH, ETAL<br>PLAINTIFF<br>- vs -<br>MYLAN PHARMACEUTICALS, INC., ETAL<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>OHIO<br>Docket No. 1:23-op-45003-DAP |

**Person to be Served**
AMNEAL PHARMACEUTICALS, INC.
C/O C.T. CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: CIVIL COVER SHEET, DEMAND FOR JURY TRIAL, SUMMONS AND COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: 04/03/2023 Time: 9:28AM Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

S Kuntz

INTAKE CLERK

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

**Description of Person Accepting Service**:
SEX: **MALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **50**   APP. HT: **5'9**   APP. WT: **250**
OTHER:

**Comments Or Remarks**:

Sworn to before me this
05TH day of APRIL, 2023

TEAYANNA E. JOHNSON DAVIS
Notary Public, State of New Jersey
No. 50091658
Qualified in
Commission Expires 10/11/2023

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server       Date

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
NAPOLI SHKOLNIK, PLLC