

P8902041

| | |
|---|---|
| CUYAHOGA COUNTY, ETAL<br>PLAINTIFF<br>- vs -<br>MYLAN PHARMACEUTICALS, INC., ETAL<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>OHIO<br>Docket No. 1:23-op-45003-DAP |

**Person to be Served**
AMNEAL PHARMACEUTICALS LLC
C/O CT CORPORATION
820 BEAR TAVERN RD
WEST TRENTON NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 04/13/2023 Time: 10:12AM Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

S Kuntz

INTAKE CLERK

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

**Description of Person Accepting Service:**
SEX: **MALE**  COLOR: **WHITE**  HAIR: **BROWN**  APP.AGE: **50**  APP. HT: **5'9**  APP. WT: **250**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
18TH day of APRIL, 2023

TEAYANNA C. JOHNSON DAVIS
Notary Public, State of New Jersey
No. 50091658
Qualified in
Commission Expires 10/11/2023

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server    Date

Client File Number: OPC 14523

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
NAPOLI SHKOLNIK, PLLC