UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Cuyahoga et al v. Mylan Pharmaceuticals Inc. et al*<br>No. 23-op-45003 | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record for the Plaintiffs Cuyahoga County, OH, Lorain County, OH, City of Broadview Heights, OH, City of Euclid, OH, City of Garfield Heights, OH, City of Lorain, OH, City of North Olmsted, OH, City of North Ridgeville, OH, City of Olmsted Falls, OH, City of Parma, OH, City of Parma Heights, OH, City of Seven Hills, OH, City of Strongsville, OH, and City of Warrensville Heights, OH, listed below, and for Defendant Costco Wholesale Corporation ("Costco") that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that its claim in the above-captioned action is voluntarily discontinued with prejudice as to Costco Defendant only, without costs to any party against the other.

Dated: May 19, 2025                                                         Respectfully submitted,

*/s/ Shayna E. Sacks*
Shayna E. Sacks
NAPOLI SHKOLNIK
360 Lexington Ave.
11th Floor
New York, NY 10017
(212) 397-1000

1

(646) 843-7603 (fax)
SSacks@NapoliLaw.com

*Plaintiffs Counsel*

*/s/David J. Burman*
David J. Burman
Adrian Almaguer
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Dburman@perkinscoie.com
AAlmaguer@perkinscoie.com

*Attorneys for Costco*

**SO ORDERED:**

 **Dated:**                                              _____
                                                         **HON. DAN AARON POLSTER**